UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MICHAEL PAUL HAGGERTY, | Case No. 2:17-cv-03078-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| WESTERN HERITAGE INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Remove Attorneys from the Service List (ECF No. 18), filed on May 11, 2018.

Defendant requests that Kenneth E. Goates, Esq. and Daniel C. Tetreault, Esq. be removed as attorney of record. Defendant indicates that it will continue to be represented by counsel of the law firm Hall Jaffe & Clayton. The Court finds that counsel has provided good cause to justify granting the withdrawal of counsel. Accordingly,

**IT IS HEREBY ORDERED** that Motion to Remove Attorneys from the Service List (ECF No. 18) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Kenneth E. Goates, Esq. and Daniel C. Tetreault, Esq. from the CM/ECF service list in this case.

Dated this 14th day of May, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE