STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
wfick@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendant,*
WESTERN HERITAGE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PAUL HAGGERTY,<br><br>          Plaintiff,<br><br>vs.<br><br>WESTERN HERITAGE INSURANCE COMPANY, an Arizona Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | CASE NO.   2:17-cv-03078-JAD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF BINDING ARBITRATION** |

    Plaintiff MICHAEL PAUL HAGGERTY, by and through his counsel of record, JOSEPH A. GUTIERREZ, ESQ., and STEVEN G. KNAUSS, ESQ., of the law firm MAIER GUTIERREZ & ASSOCIATES, and Defendant WESTERN HERITAGE INSURANCE COMPANY, by and through its attorneys of record, STEVEN T. JAFFE, ESQ., and WALTER F. FICK, ESQ., of the law firm HALL JAFFE & CLAYTON, LLP, hereby **STIPULATE AND AGREE** as follows:

    1.    The Parties have negotiated and agreed to a binding arbitration agreement, which provides that the arbitration shall be the sole and final adjudication and resolution of this matter.

///

2. The Parties have agreed to execute a separate stipulation and order to dismiss with prejudice Plaintiff's extra-contractual claims (Plaintiff's Second Claim for Relief for Breach of Covenant of Good Faith and Fair Dealing, and Plaintiff's Third Claim for Relief for Unfair Practices in Settling Claim).

3. The Parties have further agreed that this Court should retain jurisdiction for purposes of entering a final dismissal of the lawsuit, upon the completion of the arbitration.

4. The parties have agreed that upon the completion of the arbitration hearing, confirmation of the arbitration award, and satisfaction of any arbitration award, Plaintiff shall execute a receipt, a release and indemnity agreement, and a stipulation and order for dismissal with prejudice for submission to this Court.

5. Based upon the foregoing, the Parties agree and request that further proceedings in this case should be stayed pending the outcome of the binding arbitration.

6. This request is based upon a showing of good cause, and is not made for purposes of needlessly delaying these proceedings. *See* LR IA 6-1. Rather, it is made in a good faith attempt to conserve party and judicial resources while the parties await a resolution of their dispute through binding arbitration. *Cf.* Fed. R. Civ. P. 1.

DATED this 13th day of September, 2018.　　　DATED this 16th day of September, 2018.

MAIER GUTIERREZ & ASSOCIATES　　　HALL JAFFE & CLAYTON, LLP

By: /s/ Joseph A. Gutierrez　　　By: /s/ Walter F. Fick
JOSEPH A. GUTIERREZ, ESQ.　　　STEVEN T. JAFFE, ESQ.
Nevada Bar No. 9046　　　Nevada Bar No. 7035
STEVEN G. KNAUSS, ESQ.　　　WALTER F. FICK, ESQ.
Nevada Bar No. 12242　　　Nevada Bar No. 14193
8816 Spanish Ridge Avenue　　　7425 Peak Drive
Las Vegas, Nevada 89148　　　Las Vegas, Nevada 89128
*Attorneys for Plaintiff*　　　*Attorneys for Defendant*

*Haggerty v. Western Heritage Ins. Co.*
2:17-cv-03078-JAD-GWF

## ORDER TO STAY

Pursuant to the foregoing Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all proceedings are **STAYED**, pending the outcome of the Parties' binding arbitration.

DATED this 21st day of September, 2018.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HALL JAFFE & CLAYTON, LLP

By: /s/ Walter F. Fick
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*